**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ANNMARIE AVILA, individually and on behalf
of all others similarly situated,

                Plaintiff,

       - against -

RELIANT CAPITAL SOLUTIONS, LLC, an
Ohio Limited Liability Company; and JOHN
AND JANE DOES NUMBERS 1 THROUGH
10,

                Defendants.
---------------------------------------------------------------X

**JUDGMENT**
CV 18-2718 (ADS) (ARL)

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 14, 2018; granting in part and denying in part Defendant Reliant Capital Solutions, LLC's motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Plaintiff's complaint; dismissing Plaintiff's complaint in its entirety; finding that judicial estoppel does not apply; declining to award attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3); and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that the Plaintiff Annmarie Avila take nothing of Defendants Reliant Capital Solutions, LLC, and John and Jane Does numbers 1 through 10; that Defendant Reliant Capital Solutions, LLC's motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Plaintiff's complaint is granted in part and denied in part; that Plaintiff's complaint is dismissed in its entirety; that judicial estoppel does not apply; that the Court declines to award attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3); and that this case is hereby closed.

Dated: Central Islip, New York
       November 15, 2018

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                        By:    /s/ James J. Toritto
                                 Deputy Clerk